UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRIT HALILAJ,

Petitioner,

-v-

PAUL ARTETA, *et al.*,

Respondents.

26 Civ. 6623 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

Earlier today, August 3, 2026, Petitioner initiated this case by filing a Petition for Writ of Habeas Corpus ("Petition") under 28 U.S.C. § 2241. Dkt. 1. Petitioner also filed an application asking the Court to order Respondents to show cause why his Petition should not be granted and to temporarily restrain Respondents from transferring him outside this District. Dkt. 3 ("Motion") at 3.

Upon receiving a petition under 28 U.S.C. § 2241, a "court shall summarily hear and determine the facts, and dispose of the matter as law and justice require." 28 U.S.C. § 2243. Here, however, Petitioner requests more immediate relief in the form of an order "preventing Respondents from transferring or removing Petitioner from the Southern District of New York pending resolution of this matter." Motion at 3. Although Petitioner contends that a transfer out of this District "risks frustrating meaningful judicial review of Petitioner's detention and the relief sought" in the Petition, *id.* ¶ 6, when a habeas petitioner "files a petition naming [his] immediate custodian, the District Court retains jurisdiction" to rule on the petition notwithstanding any subsequent transfer, *Rumsfeld v. Padilla*, 542 U.S. 426, 441 (2004). Petitioner also does not offer any reason why a transfer "would substantially interfere with Petitioner's ability to meaningfully participate in bond

proceedings, consult with counsel, present witnesses and evidence, and obtain the relief for which the Immigration Court has scheduled a hearing," Motion ¶ 5, particularly given the possibility of Petitioner's counsel and family having in-person or telephonic contact with him wherever his place of detention may be.

Petitioner's motion for an order temporarily restricting his transfer out of this District therefore is denied. *Cf. Granny Goose Foods, Inc. v. Bhd. of Teamsters & Auto Truck Drivers Loc. No. 70 of Alameda Cnty.*, 415 U.S. 423, 439 (1974) ("[O]ur entire jurisprudence runs counter to the notion of court action taken before reasonable notice and an opportunity to be heard has been granted both sides of a dispute.").

No later than August 17, 2026, Respondents must respond to the Petition or indicate that they do not intend to oppose. By August 24, 2026, Petitioner may submit a reply in support of the Petition. The Clerk of Court is respectfully directed to close Docket Number 3 and to electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

SO ORDERED.

Dated: August 3, 2026
New York, New York

JOHN P. CRONAN
United States District Judge